Counsel for leave to file an unredacted petition and appendix under seal granted. Leave is granted the Solicitor General to file an unredacted response under seal to the petition. Motion for an expedited response and for an expedited briefing and argument schedule denied. Certiorari before judgment denied without prejudice. It is assumed that the Court of Appeals will proceed expeditiously to decide this case.

JUNE 8, 1998

No. A–823. IN RE MARTIN. C. A. D. C. Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–842 (97–9005). BURGE v. COLORADO ET AL. Dist. Ct. Colo., Jefferson County. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–854 (97–1833). BIALCZAK ET AL. v. BARNETT ET AL. C. A. 7th Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. A–869. IN RE MARTIN. C. A. 3d Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1919. IN RE DISBARMENT OF WHITE. Disbarment entered. [For earlier order herein, see 523 U. S. 1016.]

No. D–1920. IN RE DISBARMENT OF SCHANER. Disbarment entered. [For earlier order herein, see 523 U. S. 1016.]

No. D–1921. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see 523 U. S. 1017.]

No. D–1930. IN RE DISBARMENT OF PATTERSON. Disbarment entered. [For earlier order herein, see 523 U. S. 1044.]

No. D–1931. IN RE DISBARMENT OF SOUTHARD. Disbarment entered. [For earlier order herein, see 523 U. S. 1056.]

No. D–1961. IN RE DISBARMENT OF WEISSER. Michael Harris Weisser, of North Miami Beach, Fla., is suspended from the